Dale W. Cottam #12709
BAILEY | STOCK | HARMON | COTTAM | LOPEZ LLP
80 East 1st Avenue | P.O. Box 850
Afton, WY  83110
307-459-1120
dale@performance-law.com

*Attorney for Intervenor-Defendant*
*Lower Valley Energy*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# EASTERN DIVISION

| | |
|---|---|
| YELLOWSTONE TO UINTAS CONNECTION, and ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiffs,<br><br>v.<br><br>MELL BOLLING, Forest Supervisor Caribou-Targhee National Forest, UNITED STATES FOREST SERVICE, An agency of the U.S. Department of Agriculture,<br><br>    Federal Defendants,<br><br>And<br><br>LOWER VALLEY ENERGY,<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-211-DCN |

## INTERVENOR-DEFENDANT'S MOTION TO SUPPLEMENT OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER

Intervenor-Defendant Lower Valley Energy ("LVE"), by and through its undersigned counsel, Bailey | Stock | Harmon | Cottam | Lopez, LLP, hereby respectfully submits its Motion to Supplement Opposition to Plaintiffs' Motion for Preliminary Injunction and/or Temporary Restraining Order.

LVE seeks to file the attached Supplemental Declaration of James R. Webb with two (2) related documents, attached thereto as Exhibits A and B. Exhibit A is a Resolution from the Town of Afton, Wyoming and Exhibit B is a letter from the Board of Lincoln County Commissioners, Wyoming. Both documents express official support for the Crow Creek Pipeline Project (the "Project") and recognize that the Project is critical to LVE members and the broader community in the Afton, Wyoming, area.

LVE's counsel conferred with counsel for Plaintiffs' and counsel for the Federal Defendants and neither party takes any position on the motion. Therefore, without objection, LVE respectfully requests the referenced documents be added to the record.

Respectfully submitted the 8th day of July, 2025.

Dale W. Cottam #12709
Bailey | Stock | Harmon | Cottam| Lopez LLP
*Attorneys for Intervenor-Defendant*
*Lower Valley Energy*
80 East 1st Avenue | P. O. Box 850
Afton, Wyoming 83110
(307) 459-1120
dale@performance-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of July, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
publicdefense@gmail.com

Reade Wilson
U.S. Department of Justice Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
reade.wilson@usdoj.gov

_____
Dale W. Cottam #12709
Bailey | Stock | Harmon | Cottam| Lopez LLP
*Attorneys for Intervenor-Defendant*
*Lower Valley Energy*
80 East 1st Avenue | P. O. Box 850
Afton, Wyoming 83110
(307) 459-1120
dale@performance-law.com